UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENDRA DAVIS O/B/O K.M. | CIVIL ACTION |
| VERSUS | NO: 18-4928 |
| NANCY BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION: "J" (3) |

# ORDER

The Court, having considered the record, the applicable law, the Parties' Cross-Motions for Summary Judgment (Rec. Docs. 14, 17), the Magistrate Judge's Report and Recommendation (Rec. Doc. 18), and the lack of objections by Plaintiff, hereby approves the Magistrate Judge's Report and Recommendation and **ADOPTS** it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's *Motion for Summary Judgment* **(Rec. Doc. 14)** is **DENIED.**

**IT IS FURTHER ORDERED** that Defendant's *Motion for Summary Judgment* **(Rec. Doc. 17)** is **GRANTED**.

New Orleans, Louisiana, this 3rd day of September, 2019.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE